UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KERRY OBRYAN and<br>AMY JO OBRYAN,<br><br>Defendants. | CASE NO. _____<br><br>JUDGE _____<br><br>INDICTMENT<br><br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(C)<br>21 U.S.C. § 846 |

FILED
RICHARD W. NAGEL
CLERK OF COURT

MAY -8 2025 11: 23 A

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

2:25-cr-83
Judge Sargus

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
21 U.S.C. §1349
(Conspiracy)

From on or about January 23, 2024, through and including February 1, 2024, in the Southern District of Ohio, and elsewhere, the defendants, **KERRY OBRYAN** and **AMY JO OBRYAN**, did knowingly, intentionally, and unlawfully combine, conspire, confederate and agree with each other, and others, both known and unknown to the Grand Jury, to possess with intent to distribute 5F-ADP, a synthetic cannabinoid and a Scheduled I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

**All in violation of 21 U.S.C. §846**.

A TRUE BILL.
/S/
FOREPERSON

KELLY A. NORRIS
ACTING UNITED STATES ATTORNEY

_____
KENNETH F. AFFELDT (0052128)
Assistant United States Attorney